459 A.2d 35

Commonwealth v. DiSabatino, Appellant.

Submitted May 24, 1982. Charles Nistico, for appellant; Edward J. Weiss, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

459 A.2d 35

Commonwealth v. Eller, Appellant.

Petition for Allowance of Appeal
Denied Aug. 30, 1983.

Submitted May 25, 1982. Joseph V. Furlong, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.